IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOROTHY ANDERSON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>　　　　　　　Defendant. | 8:13CV362<br><br>**AMENDED PROGRESSION ORDER** |

　　　　The Stipulated Motion to Amend the Final Progression Order (Filing #15) is granted, and the progression order is amended as follows:

1)　　The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **May 25, 2015**, or as soon thereafter as the case may be called, for a duration of three (3) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.   Jury selection will be held at the commencement of trial.

2)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 12, 2015** at **10:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on May 11, 2015.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)　　A telephonic conference with the undersigned magistrate judge will be held on **March 17, 2015** at **9:30 a.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

4)　　The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is January 12, 2015.  Motions to compel Rule 33 through 36 discovery must be filed by December 31, 2014.

2

5) The deposition deadline for non-expert depositions is January 12, 2015 and the deposition deadline for expert depositions is February 11, 2015.

6) The deadline for filing motions to dismiss and motions for summary judgment is February 11, 2015.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 11, 2015.

October 15, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge