IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOROTHY ANDERSON,<br><br>                Plaintiff,<br><br>vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>                Defendant. | 8:13CV362<br><br>**THIRD AMENDED PROGRESSION ORDER** |

    The Stipulated Motion to Amend the Progression Order (Filing No. 22) is granted and the progression order is amended as follows:.

1)     The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **August 24, 2015**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 11, 2015** at **1:00 p.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 10, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)     A telephonic conference with the undersigned magistrate judge will be held on **June 16, 2015** at **8:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4)     The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 13, 2015. Motions to compel Rule 33 through 36 discovery must be filed by April 27, 2015.

5) The deadline for non-expert witness depositions is April 13, 2015 and deadline for expert witness depositions is May 15, 2015.

6) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is May 11, 2015.

January 9, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge