IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOROTHY ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>    Defendant. | **8:13CV362**<br><br>**FOURTH AMENDED PROGRESSION ORDER** |

  The Stipulated Motion to Amend the Third Amended Progression Order (Filing #29) is granted.

  IT IS ORDERED that the fourth amended progression order is as follows:

1) The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, <u>in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska</u>, at 9:00 a.m. on **December 8, 2015**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **November 17, 2015** at **2:30 p.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 16, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **August 18, 2015** at **9:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is July 15, 2015. Motions to compel Rule 33 through 36 discovery must be filed by June 30, 2015.

2

5) The deposition deadline for non-expert depositions is June 30, 2015 and the deposition deadline for expert depositions is July 15, 2015.

6) The deadline for filing motions to dismiss and motions for summary judgment is August 11, 2015.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 13, 2015.

April 28, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge