# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOROTHY ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> PHELPS MEMORIAL HEALTH CENTER, <br><br> Defendant. | **8:13CV362** <br><br> **JUDGMENT** |

Pursuant to the court's memorandum and order granting the defendant's motion for summary judgment, final judgment is entered in favor of the defendant and against the plaintiff, providing that the plaintiff shall take nothing and the plaintiff's complaint is dismissed with prejudice.

Dated this 6th day of November, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge